Dismissed and Memorandum Opinion filed January 26, 2006









Dismissed and Memorandum Opinion filed January 26,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00042-CR

____________

 

HOWARD LOUIS SIMMONS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 262nd District Court

 Harris County, Texas

Trial Court Cause No. 1030963

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to indecency with a
child.  In accordance with the terms of a
plea bargain agreement with the State, the trial court sentenced appellant on
August 29, 2005, to confinement for eight years in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  We dismiss the appeal.  








The record reflects appellant entered a plea of guilty in
exchange for a sentence of eight years and the abandonment of two enhancement
paragraphs.  Appellant was sentenced in
accordance with the plea bargain.  The
record does not include any pretrial written motions filed by the defense on
which the trial court ruled adversely to the defense, nor does it include the
trial court's permission to appeal.  See
Barcenas v. State, 137 S.W.3d 865, 866 (Tex.App.‑Houston [1st Dist.]
2004, no pet.).  See Waters v.
State, 124 S.W.3d 825, 827 (Tex.App.‑Houston [14th Dist.] 2003, pet.
ref=d). 
Consequently, appellant does not have the right of appeal.        

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 26, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish.